UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| LARRY HORSTING, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CAUSE NO: 3:14-cv-00052 RLY-WGH |
| | ) |
| NATIONAL OFFICE FURNITURE, INC. | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITH PREJUDICE

The parties, having filed their Joint Stipulation of Dismissal with Prejudice, and the Court, being duly advised, hereby APPROVES the Joint Stipulation and hereby ORDERS this cause of action DISMISSED, in its entirety and with prejudice.  Each party shall bear its own costs and attorney fees.

SO ORDERED this 19th day of December 2014.

_____
RICHARD L. YOUNG,  CHIEF JUDGE
United States District Court
Southern District of Indiana

Distribution to:

Steven F. Pockrass
steven.pockrass@ogletreedeakins.com

Benjamin R. Aylsworth
baylsworth@bdlegal.com